# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DISTRICT COURT,<br>EASTERN DISTRICT OF CALIFORNIA,<br><br>    Defendant.<br>_____ / | **Case No. 1:21-cv-01596-NONE-SKO**<br><br>**ORDER DIRECTING CLERK OF COURT TO ASSIGN A DISTRICT JUDGE TO THIS MATTER AND CLOSE THE CASE**<br><br>**(Doc. 13)** |

William J. Gradford ("Plaintiff"), a prisoner proceeding pro se and *in forma pauperis*, filed this action against the United States District Court, Eastern District of California, on November 1, 2021. (Doc. 1.)

On January 3, 2022, Plaintiff, in response to the Court's findings and recommendation that his complaint be dismissed without leave to amend (Doc. 11), filed a document titled "Objections to Magistrate Judge's Findings and Recommendations" in which he makes a "request for voluntarily [sic] dismissal." (Doc. 13.) In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). Rule 41(a)(1)(B) provides further that "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B).

Plaintiff filed his voluntary dismissal before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter without

prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).  The Court therefore DIRECTS the Clerk of Court to assign a district judge to this matter and thereafter CLOSE the case.

IT IS SO ORDERED.

Dated:   **January 5, 2022**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE